[No. 28320-1-I.  Division One.  January 4, 1993.]

*In the Matter of the Marriage of* PATRICIA NAN
LUDERS, *Appellant, and* RICHARD M.
LUDERS, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 84-3-10917-7, Edward Heavey, J., entered March
21, 1991. *Affirmed* by unpublished opinion per Coleman, J.,
concurred in by Webster, C.J., and Agid, J.


[No. 26743-4-I.  Division One.  August 10, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
M. KLINGEL, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 89-1-01416-0, John E. Rutter, Jr., J.,
entered July 13, 1990. *Affirmed* by unpublished per curiam
opinion.


[No. 11511-9-III.  Division Three.  January 5, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS
M. STENSGAR, *Appellant.*

Appeal from a judgment of the Superior Court for Okano-
gan County, No. 90-1-00228-2, James R. Thomas, J., entered
March 28, 1991. *Affirmed* by unpublished opinion per Mun-
son, J., concurred in by Shields, C.J., and Thompson, J.